The Sentence Review Board wishes to thank Clayton Mascarena for representing himself in this matter.

**FROM: The District Court of the 8th Judicial District. County of Cascade.**

**STATE OF MONTANA,**
          **Plaintiff,**                                          **NO. CDC 91-012**
     **vs.**                                                              **DECISION**
**Antonio Shay McCann,**
          **Defendant.**

On July 8, 1994, the defendant's three (3) year suspended sentence for the offense of Domestic Abuse was revoked and the defendant was ordered to serve three (3) years in Montana State Prison. The three (3) year sentences ordered in Case CDC 90-277 and CDC 91-012 are to run consecutively. The Court notes that the defendant served 110 days in jail in connection with Case CDC 90-277 and Case CDC 91-012 and was given credit for the 110 days he had been incarcerated. In the Court's discretion, no street time will be allowed on these sentences in Case CDC 90-277 and CDC 91-012. It is ordered that the sentences in Case CDC 90-116, Case CDC 90-277 and Case CDC 91-012, are to run consecutively, which means that the defendant is sentenced to serve 11 years in the Montana State prison on the revocation of these three (3) suspended sentences.

On March 17, 1995, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed and requested that his petition be dismissed.

It is hereby ordered that the petition is dismissed.

Done in open Court this 17th day of March, 1995.

DATED this 19th day of April, 1995.

**Hon. John Warner, Chairman, Hon. Ted Lympus, Member, Hon. Frank Davis, Member.**

**FROM: The District Court of the 8th Judicial District. County of Cascade.**